AVKARE, INC., Plaintiff-Appellant

v.

UNITED STATES, Defendant-Appellee

2016-1630

United States Court of Appeals,
Federal Circuit.

January 27, 2017

JAMES S. PHILLIPS, Argus Legal, PLLC, McLean, VA, argued for plaintiff-appellant. Also represented by JAMES S. DELSORDO, Manassas, VA.

JAMES WILLIAM POIRIER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by MARTIN F. HOCKEY, JR., ROBERT E. KIRSCHMAN, JR., BENJAMIN C. MIZER; MAURA CATHERINE BROWN, ELYSE M. GRIFFITHS, Office of General Counsel, United States Department of Veterans Affairs, Hines, IL.

(Newman, Moore, and Wallach, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**